UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,
    Plaintiff,

vs.                                   Case No.:  3:24cv550/MCR/ZCB

ASHLEY MOODY, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 14, 2025.  (Doc. 22).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.   The magistrate judge's Report and Recommendation (Doc. 22) is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) for failure to state a claim.

3. All pending motions are **DENIED** as moot.

4. The Clerk of Court must enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**